THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Terrance Goss, Appellant.
 
 
 

Appeal From Anderson County
R. Lawton McIntosh, Circuit Court Judge

Unpublished Opinion No.  2012-UP-204 
Submitted March 1, 2012  Filed March 28, 2012 

APPEAL DISMISSED

 
 
 
Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Christina T. Adams, of Anderson, for
 Respondent.
 
 
 

PER CURIAM:  Terrance
 Goss appeals his convictions for armed robbery, conspiracy to commit armed
 robbery, and possession of a weapon during the commission of a violent crime,
 arguing the trial court erred in not granting a mistrial after an officer's
 testimony implied he had been involved in another crime.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
 WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.